**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

TOM P. MORRIS,                                                                                    PLAINTIFF
ADC # 144671

v.                                    No. 2:14CV00129-JLH-JJV

NWANNEM UCOAMAKA OBI-OKOYE,
Doctor, Correction Care Solutions                                                            DEFENDANT

<u>**ORDER**</u>

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

2.      Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g);

3.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 5th day of January, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE