**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

TOM P. MORRIS,                                                                                           PLAINTIFF
ADC # 144671

v.                                              No. 2:14CV00129-JLH-JJV

NWANNEM UCOAMAKA OBI-OKOYE,
Doctor, Correction Care Solutions                                                            DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

SO ORDERED this 5th day of January, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE